## (December 15, 1958)

■ CAMERON ESTATES, INC., Respondent, v. MARGARET STEGMAIER et al., Appellants.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ JAMES F. McMANUS, Appellant, v. EVELYN C. RYAN et al., Individually and as Copartners Doing Business under the Name of HEMPSTEAD TRAVEL BUREAU, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ PASQUALE PUGLIA, Respondent,, v. ESTATE OF SAMUEL LEVINSON, Deceased, et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ KATHERINE R. BALMER, Respondent, v. FREDERICK J. BALMER, Appellant.— Appeal from an order which (1) amended a final judgment of divorce by increasing the alimony from $17 to $200 a week, and (2) granted a $3,000 counsel fee to respondent. Order modified on the facts (1) by striking from the first ordering paragraph the words and figure " Two Hundred ($200.00) " and by substituting therefor the words and figure " One Hundred ($100.00) " and (2) by striking from the second ordering paragraph the words and figure " Three Thousand ($3,000.00) " and by substituting therefor the words and figure " One Thousand Five Hundred ($1,500.00)". As so modified, order unanimously affirmed, without costs. In our opinion, the allowances made by the order appealed from were excessive. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. [12 Misc 2d 226.]

■ BRIDGEPORT BRASS COMPANY, Appellant, v. HANS BRUGGER et al., Copartners Trading as Brugger Manufacturing Co., Respondents.— In an action for goods sold and delivered, the appeal is from an order denying a motion for summary judgment striking out the amended answer. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ IRVING DIAMOND, Respondent, v. DOUGFIELD, INC., Appellant, et al., Defendants.— In an action by a stockholder of a corporation against the corporation and its majority directors and operating officers for dissolution of the corporation, for an accounting by said directors and operating officers, for the appointment of a receiver, and for other relief, the corporation appeals from so much of an order as denied its motion to vacate a notice to examine it before trial. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.